IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**KARON ROCHA,**

    **Plaintiff,**

v.                                                    **CASE NO. 1:05-cv-00024-MP-AK**

**JO ANNE B BARNHART,**

    **Defendant.**

_____/

## O R D E R

This matter is before the Court on Defendant's Motion to Extend Time to file a memorandum. (Doc. 11). Having considered said motion, which is unopposed, the Court is of the opinion that it should be **GRANTED**, and Defendant shall have through August 29, 2005, to file a memorandum.

    **DONE AND ORDERED** this 27th day of July, 2005

                     _s/A Kornblum_
                     **ALLAN KORNBLUM**
                     **UNITED STATES MAGISTRATE JUDGE**