IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


KARON ROCHA,

    Plaintiff,
v.                                          CASE NO. 1:05-cv-00024-MP-EMT

JO ANNE B BARNHART,

    Defendant.
_____/

**O R D E R**

       This matter is before the Court on Doc. 17, Report and Recommendations of the Magistrate Judge, recommending that the decision of the Commissioner denying benefits be affirmed, that this action be dismissed, and that the clerk be directed to close the file. Objections to Report and Recommendation were due by March 27, 2006, but none were filed.

       Having reviewed the thorough and well reasoned Report and Recommendation, the Court agrees with the Magistrate Judge that the Administrative Law Judge's ("ALJ's") hypothetical question question comprehensively described Plaintiff's condition and is well-supported by competent and substantial evidence in the record.  Additionally, the Court agrees that the ALJ's conclusion that Plaintiff's impairments did not meet or equal in severity any impairment listed in 20 C.F.R. Part 404, Subpart P, Appendix 1 is supported by substantial evidence in the record. Finally, the Court agrees that the ALJ properly discounted Plaintiff's subjective complaints of

pain and articulated sufficient reasons, supported by the record, for doing so.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation (doc. 17) is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    3.    The Clerk is directed to close this file.

    **DONE AND ORDERED** this  *31st*  day of March, 2006

               *s/Maurice M. Paul*
               Maurice M. Paul, Senior District Judge